■ ROBERT M. JEWELL et al., Respondents, v CUMBERLAND FARMS, INC., Appellant. [652 NYS2d 550] —In an action to recover damages for wrongful death pursuant to General Obligations Law §§ 11-100 and 11-101, the defendant appeals, as limited by its brief, from so much of an order of the Supreme Court, Dutchess County (Hillery, J.), dated January 17, 1996, as denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

The parties' submissions raised triable issues of fact (*see,* CPLR 3212 [b]) both as to whether the defendant sold beer directly (*see, Sherman v Robinson,* 80 NY2d 483, 485) to the 19-year-old operator of the vehicle involved in the accident which resulted in the death of James E. Jewell, and as to whether the deceased procured or caused the operator's intoxication (*see, Prunty v Keltie's Bum Steer,* 163 AD2d 595). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.

■ FLOYD D. JONES et al., Respondents, v CENTEREACH ASSOCIATES et al., Appellants. [652 NYS2d 551] —In an action to recover damages for personal injuries, the defendants Centereach Associates and Inter City Development Corp., and the defendant Save a Buck Handyman Co., separately appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated October 18, 1995, which denied their respective motions for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with one bill of costs payable by the appellants appearing separately and filing separate briefs.

Summary judgment is inappropriate at this time. General Obligations Law § 11-106 (*see,* L 1996, ch 703), which applies to all actions commenced or pending on and after October 9, 1996, *inter alia,* eliminates the "firefighter's rule" as a defense to an injured officer's common-law negligence cause of action for any party except the officer's employer or co-employee.

The defendants' remaining contentions are without merit. Bracken, J. P., Thompson, Pizzuto and Santucci, JJ., concur.